UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 91-8027-CR-ZLOCH

EDWARD BERNARD BILLUE,

    Petitioner,

vs.                                      **O R D E R**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon Petitioner Edward Bernard Billue's Request For An Order Of Judicial Recommendation (DE 63), which the Court construes as a Motion For Recommendation To The Bureau Of Prisons. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    In the instant Motion, Petitioner requests the Court to make a recommendation to the Bureau of Prisons that he be placed in a halfway house for six months and in home confinement for six months, comprising the last twelve months of his sentence. Petitioner makes the requests to "empower" Jorge L. Pastrana, Warden of the Federal Correctional Institution in Miami, Florida to place him in the requested forms of pre-release custody. The Court declines to make a recommendation because the Director of the Bureau of Prisons, not this Court, is charged with the duty of making pre-release custody determinations in accord with 18 U.S.C. § 3624. Additionally, Petitioner has neither alleged that he has

made a formal request for the relief sought in the instant Motion, nor the exhaustion of his administrative remedies.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Petitioner Edward Bernard Billue's Request For An Order Of Judicial Recommendation (DE 63), which the Court construes as a Motion For Recommendation To The Bureau Of Prisons, be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   27th   day of August, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record